**Order entered November 16, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00340-CV

### IN THE MATTER OF GABRIELLE RENEE COLEMAN
### AND KORWIN JEANEL WILBURN

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV15-00661V**

## ORDER

In response to this Court's October 6, 2017 letter requesting a corrected brief, appellant Korwin Wilburn tendered a corrected brief on October 30, 2017. On the Court's own motion, we **ORDER** the brief tendered on October 30, 2017 filed as of the date of this order. We note this brief fails to correct the deficiencies noted in this Court's October 6th letter. On the Court's own motion, we **ORDER** appellant to file, by **November 27, 2017**, a second corrected brief. We caution appellant that failure to file an amended brief by November 27, 2017 will result in the appeal being submitted on the brief filed as of this date.

We **DENY** as moot appellant's November 14, 2017 motion for an extension of time to file a brief. Appellee shall file a brief by December 27, 2017.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE